# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BUDD FRANKENFIELD, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| vs. | : | NO. 18-3069 |
| | : | |
| SALISBURY TOWNSHIP, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 2nd day of July, 2020, upon consideration of Plaintiff's Post-Trial Motions and Supporting Brief (Dkt. No. 31), and the Defendant's Reply in Opposition and Supporting Brief (Dkt. No. 32), and in accordance with the contemporaneously filed Memorandum Opinion,

**IT IS ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Henry S. Perkin*
HENRY S. PERKIN
United States Magistrate Judge